# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| TEXAS TOP COP SHOP, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> *Defendants*. | No. 4:24-cv-478-ALM |

## ORDER

The Court, having considered the parties' Joint Motion to Enter a Briefing Schedule and Order on Related Deadlines (Dkt. #8), concludes that the motion has merit and should be, and hereby is, GRANTED. Accordingly, the Court enters the following schedule in this matter:

- Defendants shall file a response of no more than 30 pages to Plaintiffs' motion for preliminary injunction on or before Wednesday, June 26, 2024; and

- Plaintiffs shall file a reply of no more than 10 pages in support of their motion for preliminary injunction on or before Wednesday, July 3, 2024.

It is further ORDERED that Defendants' deadline to respond to the Complaint following service is suspended pending resolution of the motion for a preliminary injunction and further order of the Court.

**IT IS SO ORDERED.**

**SIGNED this 21st day of June, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE