# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **TEXAS TOP COP SHOP, INC.** *et al.*, | § | |
| *Plaintiffs*, | § | |
| v. | § | |
| | § | |
| **MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES,** *et al.*, | § | Civil Action No. 4:24-cv-00478 |
| *Defendants*. | § | |

## PROPOSED ORDER

Before the Court is State of Texas's UNOPPOSED Motion for Leave to File Brief as *Amicus Curiae* in Support of Plaintiffs, filed December 2, 2024. Having reviewed the briefing, the motion is **GRANTED**. The brief specifically sets forth the interest of the amicus curiae in the outcome of the litigation. The Clerk of the Court is therefore **DIRECTED** to file Movant's Brief Amicus Curiae.

**IT IS SO ORDERED.**