# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| TEXAS TOP COP SHOP, INC., ET AL., § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> MERRICK GARLAND, ATTORNEY § <br> GENERAL OF THE UNITED STATES, § <br> ET AL., § <br> § <br> *Defendants.* § | Civil Action No. 4:24-CV-478 <br> Judge Mazzant |

## ORDER

Pending before the Court is the State of Texas's Unopposed Motion for Leave to File Brief as Amicus Curiae in Support of Plaintiffs (Dkt. #29). The Court, having considered the Motion, finds that it has merit and should be, and hereby is, **GRANTED**. As the Clerk does not remove and file exhibits attached to motions for leave, the State of Texas is directed to file its Brief for the State of Texas as *Amicus Curiae* in Support of Plaintiffs (Dkt. #29-1) without delay.

Having already ruled on Plaintiffs' Motion for Preliminary Injunction (Dkt. #6), the Court will consider the State of Texas's Amicus Brief going forward. Should the State of Texas see it necessary to amend its Amicus Brief, the Court will allow the State of Texas to do so.

**IT IS SO ORDERED.**

SIGNED this 5th day of December, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE