IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TEXAS TOP COP SHOP, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> *Defendants*. | No. 4:24-cv-478-ALM |

## AMENDED NOTICE OF APPEAL

PLEASE TAKE NOTICE that all defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's amended opinion and order dated December 5, 2024, ECF No. 33, granting plaintiffs' motion for a preliminary injunction, ECF No. 6.

Dated: December 6, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ *Faith E. Lowry*
FAITH E. LOWRY
Trial Attorney
STUART J. ROBINSON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530

Tel: (202) 305-2532
Fax: (202) 616-8470
E-mail: faith.e.lowry@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2024, I electronically filed the foregoing document with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Faith E. Lowry*
*Faith E. Lowry*
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

2