**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| TEXAS TOP COP SHOP, INC., *et al.*, <br><br>     *Plaintiffs*, <br><br>   v. <br><br> MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br>     *Defendants*. | No. 4:24-cv-478-ALM |

**PROPOSED ORDER**

The Court, having considered the Defendants' Motion to Stay Pending Appeal, concludes

that the motion has merit and should be, and hereby is, GRANTED.  The preliminary injunction

entered by the Court is hereby STAYED pending appeal.