# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| TEXAS TOP COP SHOP, INC., ET AL.,<br>   Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.,<br>   Defendants. | CIVIL ACTION NO.: 4:24-CV-00478<br><br>**DECLARATION OF CALEB KRUCKENBERG AS AN ATTORNEY** |

## DECLARATION OF CALEB KRUCKENBERG AS AN ATTORNEY

I, Caleb Kruckenberg, make the following declaration under penalty of perjury pursuant to the laws of the United States:

1. I am over the age of 18, am under no legal disability, and am competent to testify. If called as a witness, I would and could testify competently to the facts set forth in this declaration based on my personal knowledge.

2. I am an attorney licensed in Washington, D.C.

3. In the week since this Court preliminarily enjoyed the CTA, I have observed extensive media coverage concerning the CTA in both traditional news publications and legal blogs. These articles explain, to a wide audience, that the CTA and its reporting rule were enjoined by a federal court, and that reporting companies are no longer required to submit beneficial ownership information on January 1, 2025.

4. Since the CTA was enjoined, many law firms have advised their clients about the injunction, and I have seen several firm-wide communications and mass mailing efforts concerning the injunction.

5. I have also been contacted by other attorneys and members of the business

community seeking information about the effect of the preliminary injunction on their clients', or their own, reporting obligations.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

  Executed on December 12, 2024:

/S/   Caleb Kruckenberg
Caleb Kruckenberg
