**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| TEXAS TOP COP SHOP, INC., *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>PAMELA BONDI,[1] ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>     *Defendants*. | Civil Action No. 4:24-cv-478-ALM |

## <u>ORDER</u>

Before the Court is Defendants' Consent Motion to Withdraw (Dkt. #45) Faith E. Lowry as counsel. The Court finds that the Motion should be and hereby is GRANTED, and Ms. Lowry is hereby withdrawn as counsel of record in this matter.

**IT IS SO ORDERED.**

**SIGNED this 18th day of March, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE