IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TEXAS TOP COP SHOP, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> *Defendants*. | No. 4:24-cv-478-ALM |

### ORDER

On this day, the Court considered Defendants' Unopposed Motion to Withdraw (Dkt. #49) Christian S. Daniel as counsel. The Court finds the Motion should be and hereby is is GRANTED, and Mr. Daniel is hereby withdrawn as counsel of record in this matter.

IT IS SO ORDERED.

SIGNED this 23rd day of July, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE